# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
Jan 05, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JASON M. HAHN | ) | Case No.  1:26-mj-00004-EPG |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 1st, 2026__ in the county of __Tulare__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count 1: 36 C.F.R. § 1.5(f) | Violating a closure, designation, use or activity restriction or public use limit. |
| Count 2: 36 C.F.R. § 4.14(b) | Open container of an alcoholic beverage. |
| Count 3: 36 C.F.R. § 4.23(a)(1) | Operating under the influence of alcohol or drugs, rendering unsafe. |
| Count 4: 36 C.F.R  § 4.23(a)(2) | Alcohol concentration in operator's breath exceeding 0.08g per 210L of breath. |

This criminal complaint is based on these facts:

See Affidavit of National Parks Service Ranger Kelly Littlejohn, attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by email transmission and telephone.

*Kelly Littlejohn*
*Complainant's signature*

Kelly Littlejohn (#1714), U.S. Park Ranger
*Printed name and title*

Date: **Jan 2, 2026**

*Erica P. Grosjean*
*Judge's signature*

City and state:  Fresno, California

Erica P. Grosjean, U.S. Magistrate Judge
*Printed name and title*

ERIC GRANT
United States Attorney
Nicholas Karp
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JASON M. HAHN,<br><br>　　　　　　　　Defendant. | AFFIDAVIT IN SUPPORT<br>OF A CRIMINAL COMPLAINT |

I, Kelly J. Littlejohn, being duly sworn, do hereby depose and state as follows:

**<u>Introduction and Agent Background</u>**

1.　　I, Kelly J. Littlejohn, am presently employed as a United States Park Ranger (USPR) with the United States National Park Service (NPS) at Sequoia National Park since August 2024. I am a graduate from the Skagit Valley College Seasonal Law Enforcement Training Program in 2016 and the Federal Law Enforcement Training Center, Land Management Police Training Program in February 2022. During these training periods, I received over 1300 hours of formal training and investigative experience in general criminal statute enforcement and have conducted numerous investigations pertaining to alcohol and drug related offences. I underwent the Field Training Evaluation Program at the Blue Ridge Parkway in Virginia and graduated the program in September 2022. I regularly enforce Federal and applicable State Laws and have conducted arrests for various types of felony and misdemeanor violations.

2.　　I am a "law enforcement officer (LEO)" of the United States within the meaning of that

1  term contained at 18 U.S.C. § 2510(7) who is empowered by law to conduct investigations of, and to
2  initiate arrests for, various offenses that occur on or affect NPS lands.

3      3.    I provide this affidavit based on my experience and training as a National Park Service
4  Ranger in the Eastern District of California, my personal knowledge and observations, and information
5  conveyed to me by others, including National Park Service staff. The information in this affidavit is
6  provided for the limited purpose of establishing probable cause. The information is not a complete
7  statement of all the facts related to the case.

## Jurisdiction

9      4.    The facts in support of this affidavit occurred within Sequoia National Park. Sequoia
10 National Park is an area of federally owned public land administered by the National Park Service.
11 Sequoia National Park is an area of the special maritime and territorial jurisdiction of the United States
12 as defined by Title 18 U.S.C. § 7 (3): and by Title 16 U.S.C. § 57.

## Probable Cause

**Count 1: 36 C.F.R. § 1.5(f) Violating a closure, designation, use or activity restriction or public use limit is prohibited.**

16     5.    On January 1, 2026, at approximately 2:10 p.m., I USPR K. Littlejohn was on routine
17 patrol of the Generals Highway through Sequoia National Park when I passed the Clover Creek water
18 treatment plant and saw a vehicle past the "authorized personnel only" signage. I entered the closed area
19 and stopped the vehicle, and identified it as a rental silver 2025 Hyundai sedan (CA license plate number
20 9SUE781). I approached the vehicle and met with the male driver, Jason Mackey HAHN (Mississippi
21 Driver's license- 801637864) who was seated in the driver's seat.

**Count 2: 36 C.F.R. § 4.14(b) Open container of an alcoholic beverage.**

23     6.    As I was collecting information from HAHN, I could smell a strong sharp odor that I
24 know due to my training and experience, was consistent with the scent of an alcoholic beverage. I asked
25 HAHN if he had alcohol in the vehicle. He looked at the passenger compartment, then turned back
26 towards me and said "no." I asked multiple times about the alcohol smell and if there was any alcohol in
27 the vehicle. Each time I watched HAHN turn his head towards the passenger area of the vehicle, turn
28 back to look at me, and deny having alcohol in the vehicle. I asked if he had consumed alcohol that day,

HAHN stated he consumed 2 beers 1 hour prior to entering Sequoia National Park.

7. I called USPR J. Heath to assist me. When USPR J. Heath arrived, I asked him to stand on the passenger side of the vehicle and look through the windows to try and locate the source of the alcohol beverage scent that I could smell. I reapproached HAHN's vehicle and USPR J. Heath motioned to me that he could see alcohol containers on the passenger side floorboards. I instructed HAHN to place his hands on the steering wheel and USPR J. Heath retrieved the alcohol containers. In total, there were 6 empty 16 fluid ounce pilsner beers and 1 empty 24 fluid ounce blonde ale beer, all found on the front passenger side floorboards.

**Count 3: 36 C.F.R. § 4.23(a)(1) Operating Under the Influence of Alcohol or Drugs Rendering Operation Unsafe**

8. I administered Standardized Field Sobriety Testing to HAHN due to the smell of alcohol omitting from the vehicle, HAHN telling me he had consumed 2 beers earlier that day, and the 7 empty open containers of alcohol found in his front passenger side floorboards. As I was standing in front of him, I could smell the odor of alcohol emitting from him. I asked HAHN to stand with his feet together and his hands down by his sides, he was visibly swaying.

a) *Horizontal Gaze Nystagmus (HGN)* - I asked HAHN to remove his glasses during the test. During the lack of smooth pursuit, I observed:

- Lack of smooth pursuit in right eye and left eye during 2 passes.
- Distinct nystagmus at maximum deviation in HAHN's left eye during 2 passes
- Onset of nystagmus before 45 degrees, right eye and left eye during 2 passes

b) *Walk and Turn* - I instructed HAHN to imagine a straight line on the ground and start with his left foot on the line and place his right foot directly in front, heel to toe. HAHN got into position as instructed and began walking the test without being instructed to do so. I stopped him. I asked HAHN to get back in the position and he swayed, stepping offline and out of the correct starting position. HAHN was instructed to get into the position and wait for further instructions. He complied. I verbally instructed HAHN on how to complete the test, then demonstrated the test to him, and asked if he had any questions. In response, HAHN said "no." I instructed HAHN to begin. I watched him take 9 heel-to-toe steps down the line, stop at the 9th step and look at me. I told him he needed to complete the test. HAHN then continued to perform the test, but did not turn around as I verbally instructed him to do.

Instead, he continued counting and walking straight forward. I stopped HAHN at his 20th step. I provided HAHN the instructions verbally again and demonstrated the test. HAHN performed the test very slowly through its completion.

c) *One Leg Stand* - I instructed the one leg stand test and demonstrated the test to HAHN. During the test, I corrected HAHN to point his front foot and look at his foot. No clues were identified during the test. I read the Miranda Advisement to HAHN and he chose to answer my questions. He stated he drank two beers 1 hour before driving to the Sequoia National Park gate. I asked him, on a scale of 1 to 10, with 10 being the most intoxicated he has ever been, where was his current level of intoxication, HAHN said "4." I asked if he felt safe to operate his vehicle, he said "yes."

d) Based on my training, experience, and observations of HAHN being seated in the driver's seat of the vehicle upon my initial contact, the overpowering odor of alcohol emitting from within HAHN's vehicle, the seven open containers of alcohol located on the passenger side floorboard of HAHN's vehicle, HAHN's admission to drinking two beers approximately one hours prior to driving to the Sequoia National Park gate, and HAHN's unsatisfactory performance on the field sobriety tests, I formed the opinion that HAHN had been driving his vehicle while under the influence of alcohol and arrested him.

**Count 4: 36 C.F.R. § 4.23(a)(2) Alcohol concentration in the operator's blood or breath is 0.08 grams or more of alcohol per 100 milliliters of blood or 0.08 grams or more of alcohol per 210 liters of breath.**

9. HAHN was transported to Kings Canyon National Park near the Big Stump entrance station to meet with California Highway Patrol to perform the evidentiary alcohol breath test on the Drager Alcotest 7510. At 3:59 p.m., Sequoia Deputy Chief Ranger C. Streit performed the test on HAHN, which resulted in two breath tests with the same results of 0.14g/210L of breath. HAHN was transported to Fresno County Jail.

*Kelly Littlejohn*
Kelly J. Littlejohn, Park Ranger
Sequoia/Kings Canyon National Park

4   AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Attested to by the applicant in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on __**Jan 2, 2026**__.

_____
HON. ERICA P. GROSJEAN
United States Magistrate Judge

Reviewed as to form and substance by:
*/s/ Nicholas Karp*
Nicholas Karp
Assistant United States Attorney

<u>**United States v. Jason M. Hahn**</u>
**Penalties for Complaint**

**<u>COUNT ONE:</u>**

| | |
|---|---|
| VIOLATION: | 36 C.F.R. section 1.5(f) – Violating a closure, designation, use or activity restriction or public use limit. |
| PENALTIES: | Maximum fine of not more than $5000 |
| SPECIAL ASSESEMENT: | $5 (mandatory) |

----

**<u>COUNT TWO-FOUR:</u>**

| | |
|---|---|
| VIOLATION: | Count Two: 36 C.F.R. section 4.14(b) – Open container of an alcoholic beverage<br>Count Three: 36 C.F.R. section 4.23(a)(1) – Operating vehicle under the influence of alcohol or drugs<br>Count Four: 36 C.F.R. section 4.23(a)(2) – Alcohol concentration in operator's breath exceeding 0.08g per 210L of breath |
| PENALTIES: | Counts Two-Four:<br>Maximum of 6 months' incarceration;<br>Maximum of $5000 fine; and<br>Maximum of 5 years' probation. |
| SPECIAL ASSESEMENT: | $10 (mandatory) |