CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone:   (559) 779-2315
Facsimile:   (559) 442-1567

Attorney for Defendant
Jason Hahn

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>Jason Hahn<br><br>                    Defendant. | Court Case#: 1:26-mj-0004 SAB<br><br>**REQUEST FOR RULE 43 WAIVER FOR STATUS CONFERENCE AND NONDISPOSITIVE HEARINGS**<br><br>Hearing Date: March 19, 2026<br>Hearing Time: 10:00 a.m.<br>Honorable Stanley A. Boone |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Jason Hahn, having been advised of his right to be present at all stages of proceedings, hereby requests this Court permit him to waive his right to personally appear for his Status Conference on March 19, 2026 at 10:00 AM and for all subsequent nondispositive hearings. Mr. Hahn agrees that his interest shall be represented at all times by the presence of his attorney, YAN E. SHRAYBERMAN, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

Based on an incident that occurred in Sequoia National Park on January 1, 2026, a Criminal Complaint was filed on January 5, 2026 alleging that Mr. Hahn committed the following acts: Count 1: 36 C.F.R. § 1.5(f) - Violating a closure, designation, use or activity restriction or public use limit. Count 2: 36 C.F.R. §

REQUEST FOR RULE 43 WAIVER FOR STATUS CONFERENCE AND NONDISPOSITIVE HEARINGS                                                                                                                    -1-

4.14(b)- Open container of an alcoholic beverage. Count 3: 36 C.F.R. § 4.23(a)(1)- Operating under the influence of alcohol or drugs, rendering unsafe. Count 4: 36 C.F.R § 4.23(a)(2)- Alcohol concentration in operator's breath exceeding 0.08g per 210L of breath.

Mr. Hahn is a resident of Crystal Springs, Mississippi. He is under release conditions per Magistrate Oberto's order from January 5, 2026. An alternative is for Mr. Hahn is to fly to Fresno, California from Mississippi and back. This travel would be extremely time consuming and would set him back considerably in job by causing him to miss many hours of work.

The government is aware of Mr. Hahn's request for a Rule 43 Waiver of Personal Appearance for his Status Conference on March 19, 2026 at 10:00 AM and all subsequent nondispositive hearings. Nick Karp, Assistant United States Attorney has no objection to Mr. Hahn's request.

Mr.Hahn respectfully requests that the Court grant a waiver of his right and obligation to be personally present for the Status Conference on March 19, 2026 at 10:00 AM and for all subsequent nondispositive hearings in this case.

Dated: March 13, 2026                    /s/ Yan E. Shrayberman
                                         YAN E. SHRAYBERMAN
                                         Attorney for Defendant,
                                         Jason Hahn

Dated: March 13, 2026/                   s/ Nick Karp
                                         NICK KARP
                                         Assistant United States Attorney

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

REQUEST FOR RULE 43 WAIVER FOR STATUS CONFERENCE AND NONDISPOSITIVE HEARINGS

ORDER

GOOD CAUSE APPEARING, Defendant's request for waiver of personal appearance at the Status Conference on March 19, 2026 at 10:00 A.M. and all subsequent nondispositive hearings in Case No. 1:26-mj-0004 SAB pursuant to Federal Rule of Criminal Procedure 43(b)(2), is hereby GRANTED.

IT IS SO ORDERED.

Dated:  **March 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

REQUEST FOR RULE 43 WAIVER FOR STATUS CONFERENCE AND NONDISPOSITIVE HEARINGS

-3-